**Laura Virginia HUNTER,**
**Petitioner-Respondent,**

v.

**Michael Ray HUNTER,**
**Respondent-Appellant.**

**No. 52661.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 17, 1987.

Joel Case, Manchester, for respondent-appellant.

Francis L. Kenney, III, Clayton, for petitioner-respondent.

PER CURIAM.

Husband appeals from the trial court's custody and maintenance orders pendente lite. We have examined the record, and based upon the standard of review in *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976), we find that the trial court's judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. We affirm the judgment pursuant to Rule 84.16(b).